IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02198

JANE DOE,[1]

    Plaintiff,

v.

WAL-MART STORES, INC.

    Defendant.

___

**MOTION TO PROCEED IN FORMA PAUPERIS**
___

    Plaintiff Jane Doe, through undersigned counsel, respectfully requests that the Court approve her Application to Proceed in Forma Pauperis, attached as Ex. 1, grant this Motion To Proceed In Forma Pauperis, not dismiss her Complaint and Jury Demand [Doc. 1] for non-payment of the filing fee, and permit her to proceed with her lawsuit, and pleads as follows:

    1.    Plaintiff, through undersigned counsel, filed her Complaint and Jury Demand [Doc. 1] on November 13, 2018, and properly checked the box to proceed In Forma Pauperis in the process of filing Complaint and Jury Demand through the Court's CM/ECF system.

    2.    As detailed more fully in her Complaint and Jury Demand [Doc. 1], Plaintiff suffers from Human Immunodeficiency Syndrome (HIV) and a host of other serious health

---

[1] In light of the very private nature of the improperly disclosed heath information, Plaintiff intends to file a Motion to Proceed Under Pseudonym.

problems.  She is severely disabled.  She has been unable to work since her wrongful termination by Defendant Wal-Mart Stores, Inc. in approximately December 2014 or January 2015.

3. Plaintiff is indigent.  She is a single 57-year old woman who relies exclusively on her monthly Social Security Disability Income (SSDI) in the amount of $968.00 and her monthly food stamps in the amount of $190.00 to support herself.  She pays $850.00 per month in rent, which totals to $950.00 per month with utilities, renter's insurance and Colorado Springs, CO taxes.  Plaintiff does not have a car and does not drive.  She has no other assets, bank accounts or income.

4. Due to the sensitive nature of the facts alleged in her Complaint, Plaintiff, through undersigned counsel, plans to file a Motion to Proceed Under Pseudonym.

5. Plaintiff's Application to Proceed In Forma Pauperis, attached hereto as Exhibit 1, has therefore been completed under the pseudonym of "Jane Doe," as Plaintiff understandably is extremely concerned about her privacy and is concerned that filing anything which includes her identifying information with the Court may inadvertently identify her and lead to the potential public disclosure of her HIV positive status.  Therefore, she has provided her phone number, but not her name or other identifying information because this application is being filed with the Court.

6. However, undersigned counsel is ready and able to promptly provide Plaintiff's name and any other identifying information to the Court on a confidential basis as well as to provide the Court with all of Plaintiff's contact information so that the Court may verify

Plaintiff's income, expenses and other information contained in her Application to Proceed in Forma Pauperis.

7. Plaintiff filed her Complaint and Jury Demand [Doc. 1] on the date of her Statute of Limitations. It would be a grave injustice for the Court to dismiss her complaint, and therefore all her claims, because payment was not received in connection with the filing of her Complaint and Jury Demand. Plaintiff has truthfully and fully completed and provided her Application to Proceed in Forma Pauperis and respectfully pleads that the Court accept her Application, grant this Motion, not dismiss her Complaint and Jury Demand and allow her to proceed with her meritorious claims.

8. Should the Court fail to accept Plaintiff's Application to Proceed in Forma Pauperis and finds that Plaintiff is not indigent, undersigned counsel is willing to cover the cost of Plaintiff's filing fee in connection with the filing of her Complaint and Jury Demand.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion to Proceed In Forma Pauperis, accept her Application to Proceed in Forma Pauperis, attached hereto as Exhibit 1, not dismiss her lawsuit for non-payment of the filing fee and permit her to move forward with her claims.

DATED this 13th day of November 2018.

CIVIL RIGHTS & EMPLOYMENT LAW ADVOCATES, LLC

*s/ Eudoxie Dickey*
Eudoxie (Dunia) Dickey
2300 Walnut St. #123
Denver, CO 80205
(303) 395-9150
CivilRightsAdvocatesLLC@gmail.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2018, a true and correct copy of **ENTRY OF APPEARANCE** was electronically filed via CM/ECF, and the CM/ECF system will send a copy to the Attorney for Defendant, whose identity currently is unknown to me.

CIVIL RIGHTS & EMPLOYMENT LAW ADVOCATES, LLC

*s/ Eudoxie Dickey*
Eudoxie (Dunia) Dickey