IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 18-cv-02918-RBJ | Date: March 27, 2019 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JANE DOE **Plaintiff** | *Eudoxie Dickey* |
| v. | |
| WAL-MART STORES INC **Defendant** | *David C. Gartenberg* |

### AMENDED COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session: 1:45 p.m.

Appearance of counsel.

Discussion held on claims, defenses and possible settlement in the case.

**The Court accepts the proposed limits and deadlines which include:**

Discovery cut-off: October 30, 2019.

Dispositive motion deadline: December 4, 2019.

**FIVE DAY JURY TRIAL** is set for **April 20, 2020, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **March 26, 2020, at 1:30 p.m**. in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.   Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.  A pretrial

order is not needed. Parties are to submit stipulated and disputed jury instructions to chambers one week prior to the Trial Preparation Conference.

Discussion held on protective order.

Parties are limited to 5 depositions per side, excluding experts.

Discussion held on settlement conference with the magistrate judge.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  2:11 p.m.		Hearing concluded.		Total time in Court:  00:26